# United States Court of Appeals
# for the Fifth Circuit

No. 23-50865
CONSOLIDATED WITH
No. 23-50868
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 24, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FERNANDO ADOLFO ROMERO-EZQUIVEL,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:23-CR-269-1, 4:23-CR-367-1

Before JONES, DENNIS, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:[*]

Fernando Adolfo Romero-Ezquivel appeals following his conviction for illegal reentry in violation of 8 U.S.C. § 1326(a), as well as the revocation of a previously imposed term of supervised release. Romero-Ezquivel argues that the statutory sentencing enhancement in § 1326(b) is unconstitutional.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

23-50865
c/w No. 23-50868

He concedes that this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and has filed an unopposed motion for summary disposition.

Because the claim is foreclosed, *see United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019), summary disposition is warranted, *see Groendyke Transp. Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Thus, the motion for summary disposition is GRANTED, and the judgments of the district court are AFFIRMED.